M. P. No. 76-269. MAX KARGMAN *et al. v.* DIANNE DELGARDO. Petition for writ of certiorari or in the alternative for a writ of mandamus denied. *Higgins, Cavanagh & Cooney, James M. Micali,* for plaintiffs-respondents. *Oster, Espo, Fay & Groff, George M. Prescott,* for defendant-petitioner.

M. P. No. 76-278. MARTHA CORREIA, *d.b.a.* TONI MARINE SALES AND SERVICE *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted, writ shall issue forthwith. *Moore, Virgadamo, Boyle & Lynch, Ltd., Salvatore L. Virgadamo, Joseph P. Palumbo, Jr., Laurent L. Rousseau,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 76-282. LEWIS B. BISCHOFF *et al. v.* DEEB G. SARKAS, *in his capacity as Liquor Control Administrator.* Petition for writ of certiorari granted, writ shall issue forthwith. Prayer for stay denied. *Archibald B. Kenyon, Jr.,* Town Solicitor, for petitioners. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-298. IN THE MATTER OF TODD ALAN KENNY. IN THE MATTER OF ANDREW GRANT KENNY. Petition for writ of certiorari denied without prejudice. Family Court directed to hear this matter in September 1976. Motion for stay denied. *Kirshenbaum Law Offices, Allen M. Kirshenbaum,* for petitioners. *Archibald B. Kenyon, Jr.,* for respondents.

C. A. No. 75-173. STATE *v.* ANTHONY AUREGEMMA. Motion of defendant to be allowed to file a petition to reargue out of time denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John F. Sheehan,* for defendant.

APPEAL No. 74-37. CLAIRE MASI *v.* ARMANDO MASI. Motion of plaintiff to dismiss appeal granted. *Kirshenbaum &*